IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OKECHUKWU MUMMEE AMADI,
A93-029-461,
FCC
P○○ 5010           Plaintiff,
OAKDALE, LA. 71463
-against-

U.S. DEPARTMENT OF HOMELAND SECURITY,
MICHEAL CHERTOFF, ET AL.,
IMMIGRATION AND CUTOMS ENFORCEMENT,
DISTRICT DIRECTOR NEW ORLEANS,
STEVEN BOLL, TREY LUND, FIELD OFFICE DIRECTOR,
GEORGE LUND, III, FIELD OFFICE DIRECTOR,
SCOTT SUTTERFIELD, ASSISTANT FIELD OFFICE DIRECTOR,
SHERRY JOHNSON, DEPORTATION OFFICER,
LORIANNE GRIFFIN, COUNSEL,  JOHN LAN, DEPORTATION OFFICER,
RITA PERRY, DEPORTATION OFFICER,
STEVEN DURIO, DEPORTATION OFFICER,
BRYAN FIRMIN, DEPORTATION OFFICER,
ROBERT WEIR, COUNSEL,  JAMMIE BALLARD, DEPORTATION OFFICER,
ALL JANE AND JOHN KNOWN AND UNKNOWN (NOT LISTED)
U.S. DEPARTMENT OF JUSTICE, PETER D. KEISLER ACTING ASSISTANT
ATTORNEY GENERAL OF THE UNITED STATES,
OFFICE OF IMMIGRATION LITIGATION UNIT,
ROBERT N. MARKLE, COUNSEL, ET AL., ALL JOHN AND JANE
DOES 1-10)
          Defendants.

Case: 1:08-cv-00111
Assigned To : Friedman, Paul L.
Assign. Date : 1/18/2008
Description: Pro Se General Civil

PLAINTIFF RESERVED THE RIGHT
TO AMEND IF ANY CHANGE
OCCURS IN HIS CIRCUMSTANCES.

---

CIVIL COMPLAINT

Preliminary Statement: WRONGFUL DETENTION, DEPORTATION PROCEEDINGS, AND DEPRIVATION OF CITIZENSHIP.

This is a complaint being brought under **Alien Tort Statue**, 28 U.S.C. Section 1350 et.seq., **Bivens v. Six Unknown Agents**, against **defendants** in their **OFFICIAL and INDIVIDUAL CAPACITIES.** Plaintiff alleges that the defendants failed to comply with their promulgated regulations in his deportation proceedings, by keeping him in

-1-

detention for **SEVEN (7) years**, Deprived him of his **CITIZENSHIP**, and claimed that the Nigerian Consulate at **ATLANTA, GEORGIA** will issue a travel documents on his behalf, but on July 20, 2007, inside the **OB-A INS**, the Nigrian Consulate, Counsel, **MS. JUDY** stated on the telephone interview that **OKECHUKWU MUMMEE AMADI** was not born in Nigerian and was not a Nigerian **CITIZEN**, and that She did not wanted to talk to **MR. OKECHUKWU MUMMEE AMADI**, that **MR. OKECHUKWU MUMMEE AMADI** was a **NATIVE** and **CITIZEN OF EQUATORIAL GUINEA** based on his **FATHER's AFFIDAVIT and BIRTH DOCUMENTS** PRESENTED.

**THAT ON JULY 20, 2007, MS. JUDY TOLD MR. AMADI TO GAVE THE PHONE BACK TO THE ICE OFFICER INSIDE THE OB-A INS OFFICE.**

plaintiff also alleged that the defendants' conduct are continous and constutues conspiracy to deport him and deprive him of his rights, and continue to detained him instead of releasing him as a result of him being **born at SANTA ISABEL HOSPITAL IN VERNANDA POO**, based on his **Father's AFFIDAVIT**, plaintiff is a **Citizen and a Native of EQUITORIAL GUINEA**. Plaintiff also alleges that the defendants continues to deteained him because he was **LITIGATING his cases in the Courts**, and there is no law stated that one can not **LITIGATE his or her case in the United States of America or somewhere else around the world.** (Plaintiff is also a Government Witness who Cooperated with the Government).

Plaintiff continus to languishing in the **Custody** of the **ICE/DHS for good SEVEN (7) years. Since 2000 to 2007.**
This is also a **CIVIL ACTION AUTHORIZED BY 42 U.S.C. Section 1983 to redress the deprivation under color of the State Law of rights secured by the Constitutions of the United States.**

## JURISDICTION

Jurisdiction is also conferred upon this Honorable Court pursuant to **28 U.S.C. §1346(c).**

-2-

## VENUE

Venue is proper in the District Court of Columbia, pursuant to 28 U.S.C. §1402(b), because the Defendnat **Micheal Chertoff** resides and does business in the District of Columbia.

## Parties.

Plaintiff, **Okechukwu Mummee Amadi**, is collectively Immigration and Customs Enforcement (ICE) detainees currently detained at (FDC) Federal Detention Center Oakdale, Louisiana.

## Defendants.

Defendant: **MICHEAL CHERTOFF** resides in Washington, D.C. and does business in the District of Columbia.(Department of Homeland Security.

Defendant: **STEVEN BOLL, TERY LUNG,** are the Field Directors of the U. S Immigration and Customs Enforcement, they are legal reponsible for all the detainees transffered from ALABAMA to LOUISIANA detention Facilities.

Defendant: **GEORGE LUND 111**, is the Field Office Director of U.S. Immigration and Customs Enforcement, he is legaly responsible for all the detainees transffer.

Defendant: **SCOTT SUTERFIELD, ASSISTANT FIELD OFFICE DIRECTOR**, he is legaly responsible to asist for the transffer of they detainees here from Louisiana and alse where and other jails.

Defendant: **SHERRY JOHNSON**, is a Deportation Officer at Oakdale Immigration (ICE)She is responsible for all they detainees including (OKECHUKWU MUMMEE AMADI) deportation and to process their travel documents for those who wanted to be deported back to their Country.

Defendant: **LORIANNE GRIFFIN**, is a Deportation Officer at Oakdale Immigration (ICE) he is reponsible for all they detainees including

-3-

(OKECHUKWU MUMMEE AMADI) deportation and to process their travel Documents.

Defendant: **RITA PERRY,** is a Deportation Officer at Oakdale Immigration (ICE) he is responsible for all they detainees including (OKECHUKWU MUMMEE AMADI) deportation and to process their travel documents.

Defendant: **STEVEN DURIO,** is a Deportation Officer at Oakdale Immigration (ICE) he is responsible for all they detainees including (OKECHUKWU MUMMEE AMADI) deportation and to process their travel documents.

Defendnat: **BRYAN FIRMIN,** is a Deportation Officer at Oakdale Immigration (ICE) he is responsible for all they detainees including (OKECHUKWU MUMMEE AMADI) deportation and to process their travel documents.

Defendant: **ROBERT WEIR,** is a Counsel who worked together with the (ICE) regarding detainees deportation proceedings.

Defendant: **ALBERTO R. GONZALES,** is U.S. ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, he resides and does business in the District of Columbia and they above named defendants are under his Supervision.

Defendant: **ROBERT N. MARKLE,** is the Supervisor/Counsel for the Office of Immigration Litigation Unit, he responsible for detainees Litigation process.

Each Defendant is **Sued** individually and in his or her Official Capacity at all times mentioned in this Complaint, each defendant acted under color of state law.

## FACTS

On 08/04/2006, the DHS-ICE requested for **TRAVEL DOCUMENTS from GHANA EMBASSY** to deport OKECHUKWU M. AMADI TO A Country he was not born and was not a Citizen and a Native of that Country.

On 09/06/2006, Okechukwu M. Amadi went to check his STATUS with his Unit Counselor, **MRS. YOLANDA SWEET,** and MRS. SWEET NOTIFIED Okechukwu M. Amadi that the ICE- DHS had requested for **TRAVEL DOCUMENTS**

to deport him to GHANA. I told my Counselor, MRS. Y. SWEET that I was not born in GHANA, that I was born at SANTA ISABEL HOSPITAL IN VARNADA POO, IN PRESENT EQUATORIAL GUINEA into the family of MR.- CHRISTOPHER E. AMADI and MRS. CHRISTINA EMOLE ADIMA AMADI. So the DHS-ICE deliberately forcing to deport me to another Country where I was not born and was not a Citizen and a Native of that Country. The DHS-ICE Deliberately violated my **EIGHT AMEDMENT RIGHTS of the United States Counstitution. FIFTH AMENDMENT, FIRST & FOURTEENTH AMENDMENT.**

On 07/20/2007, my name was on call-out for INS-OB-A UNIT. As I went to OB-A INS Building, I saw the INS Officer who called our names on the ROSTER SHEET and said that I should speak to the Consul by 9:00 AM from ATLANTA, GEORGIA. At 9:00 AM, the INS OFFICER called me to talk to the Nigerian Consul in ATLANTA, GEORGIA, **MS. JUDY.** I had a telephonic Interview with **MS. JUDY, a Nigerian Consul in ATLANTA, GEORGIA** whom I told where I was born and that all the Documents regarding my **Birth and place of Birth, AFFIDAVIT from my Father have already sent to her Office in ATLANTA, NEW YORK, WASHINGTON, and to DHS-ICE OAKDALE, LOUISIANA.**

**MS. JUDY responded to me on the phone that I was not a Nigerian,** and that I was not born in Nigerian, not a native and Citizen of Nigeria, that they had already received all the documents regarding Birth and a place of birth from my Father, that I should gave the phone back to the INS/ICE Officer. That She did not wanted to talk to me anymore. **Still** they ICE/DHS kept me in their Detention and intentionally and knowingly refused to release me from detention.

---

/1  In the month of **June 2006**, Plaintiff's **Father, MR. CHRISTOPHER- E. AMADI** sent him a **SWORN AFFIDAVIT OF BIRTH and AGE DECLARATION** which stated that Plaintiff was a **NATIVE and CITIZEN OF EQUITORIAL GUINEA and was born in EQUITORIAL GUINEA.**

On 08/14/2007, the **INS-ICE** came again and my name was on **CAL-OUT** for **INS-ICE OB-A UNIT**. I was seen by **MS. SHERRY JOHNSON, Deportation Officer** who read some documents for travel Documents for and told me that if I refused to Cooperate or refused to sign any of those papers, that I will be **PROSECUTED. MS. JOHNSON forced** me to sign those papers and **GRABBED my Right Hand and FINGERPRINTED my Right TUMB.** MS. JOHNSON then brought out a paper which was <u>highlighted</u> and which she claimed that **MR. BYRAN FIRMN, Deportation Officer** said that the **Nigerian Consulate** told him that I was born in SIERRA-LEONE.

I said to MS. JOHNSON, that I was born in EQUITORIAL GUINEA AT SANTA ISABEL HOSPITAL, that my **FATHER, MR. CHRISTOPER E. AMADI** sent an **AFFIDAVIT OF BIRTH** which he **SWORN AND SIGNED** that I was born in EQUITORIAL GUINEA AT SANTAISABEL HOSPITAL. My Father sent those **AFFIDAVIT and other document to me and I send them to all the Agencies as follows:**

1. NIGERIAN EMBASSY IN WASHINGTON, D.C. ATTN: MR AHMED UMAR,
2. NIGERIAN CONSULATE AT ATLANTA, GEORGIA, ATTN: MS. ADESUYI,
3. NIGERIAN CONSULATE IN NEW YORK, ATTN: MRS. M.M. HEZEKAH-OKAA,
4. AND TO: IMMIGRATION AND CUSTOMS ENFORCEMENT 1010 EAST-WHATLEY ROAD, OAKDALE, LOUISIANA 71463, ON JULY 6, 2006. AND
5. A COPY WAS ALSO SENT TO MY LAWYER, MR. WAYNE J. BLANCHARD,
6. A COPY WAS ALSO SENT TO THE U.S. DISTRICT COURT WESTERN-DISTRICT OF LOUISIANA. LAKE CHARLES DIVISION. AND ALL THESE INFORMATION WAS RECORDED IN THE EVIDENCIAL HEARING **TRANSCRIPT AND IT SHOWS THAT I WAS BORN IN EQUITORIAL GUINEA. AND EQUITORIAL GUINEA DO NOT TAKE THEIR CITIZENS BACK.**

On 08/14/2007, as I came back from **INS-ICE OB-A UNIT**, I called my **LAWYER, MR. WAYNE J. BLANCHARD** and told him what was going on and

what **MS. SHERRY JOHNSON and MR. BYRAN FIRMN** was doing to me, **forcing** me to sign the papers for travel documents to deport me to **SIERRA-LEONE** where I was not born and never live there and did not have my family members over there.

Even in **EQUITORIAL GUINEA** where I was born, I do not have any family members there and my **FATHER and MOTHER** do not live in that Country anymore. And my **MOTHER died in 1989**.

On July 20, 2007, **MS. JUDY, Consul for Nigerian Consulate in ATLANTA, GEORGIA declare over the Telephonic Interview with AMADI** that **AMADI was not born in Nigeria,** that AMAMDI was not a Nigerian Citizen and that she do not wanted to talk to MR. AMADI, that MR. AMADI should handed the phone over to the ICE Officer. Finally, AMADI handed the phone over to the ICE Officer and left the ICE Office.

Amadi's detention is a clear manifiest action of **"Cruel and Unusual" Punishment of over SEVEN (7) years** which resulted in **Amadi's Blindness** in his **LEFT EYES** and **permamnent Damage** to his **Right Leg** as a result of **"Deliberate Indifference"** to Amadi's Medical Needs. The Actions of the **DHS-ICE** despeats an unconcionable invidious discriminatory and inhuman nature of the **"ICE-DHS" Recalcitrance.** Amadi's claims amount to a total eviseration of a **FIFTH, EIGHT AND FOURTEENTH AMEDMENT Constitution Protections** . To keep Amadi in Continue Detention or to send him into Exile and banishment to a Country where he has no ties or no nexus by birth or family would not only constitute **Cruel and Unusual Punishment,** but rather a death sentence to an Innocent man.

### PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment against Defendants for **Compensatory Damages** in the sum of **$15,000.00 (FIFTEEN THOUSAND-DOLLARS per a day** from July 6, 2006, the day, date and month that

Plaintiff served a copy of his **BIRTH DOCUMENTS that signed and sworned** by his Father and those documents was sent to **ICE OAKDALE, LOUISIANA 1010 EAST WHATLEY ROAD OAKDALE, LOUISIANA 71463, NIGERIAN EMBASSY IN WASHINGTON, D.C. , NIGERIAN CONSULATE AT ATLANTA, GEORGIA, NIGERIAN CONSULATE IN NEW YORK, A COPY TO MR. WAYNE J. BLANCHARD, FEDERAL PUBLIC DEFENDER, A COPY TO U.S. DISTRICT COURT WESTERN DISTRICT OF LOUISIANA LAKE CHARLES DIVISION.** Still the **ICE did** not want to release him from detention.

2.   Plaintiff demands judgment against Defendants for **PUNITIVE-Damages in the sum of $20,000.00 (TWENTY THOUSAND DOLLARS) per a day** from 07/20/2007 the day he spoke to the Nigerian Consulate Atlanta, Georgia, and was interviewd by **CONSUL, MS JUDY** who stated that AMADI was not a Nigerian Citizen and was not born in Nigeria, that she do not need to talk to MR. AMADI. And MS. JUDY told MR. AMADI to handed the phone over to the ICE Officer on duty.

3.   Plaintiff demands judgment against Defendants for **PUNITIVE DAMAGES** in the sum of **$25,000.00 (TWENTY-FIVE THOUSAND DOLLARS** per a day from 08/14/2007, the day and month that the ICE visited Plaintiff, OKECHUKWU MUMMEE AMADI at INS-ICE OFFICE OB-A UNIT FDC OAKDALE, LOUISIANAN on that very day MS. SHERRY JOHNSON, ICE OFFICER brought some TRAVEL DOCUMENTS and read it to AMADI and told AMADI, that if he refused to COOPERATE to obtain his travel documents or refused to sign those papers, that AMADI must be PROSECUTED. MS SHERRY-JOHNSON then GRABBED AMADI'S RIGHT HAND and FINGERPRINTED HIM. ICE-DHS acted with Deliberate Indifference. **Total Amount of $5, 150,000.00.**

The Defendants deprived AMADI of his life by keeping him in Detention for SEVEN (7) years, deprived AMADI of his Citizenship, intimidated him by requesting for travel documents from a Country like GHANA EMBASSY, and SIERRA-LEONE EMBASSY to deport AMADI to a

**PRAYER FOR RELIEF CONTINUE**

Country that he does not belong. Fifth Amendments guarantee that no person living in this country can be deprived of liberty without due process of law. See <u>United States v. Wong-Wing</u>, 163 U.S. 228, 238, 16 S. Ct 977, 41 L.Ed. 140 (1896); See also Verdugo-Urquidez, 494 U.S.at 271, 110 S.Ct. 1056.

They Defendants have also violated AMADI'S EIGHT AMENDMENT RIGHTS OF THE UNITED STATES CONSTITUTION. They Defendants acted under color of law. Plaintiff continues to languishing in the Custody of the ICE-DHS for good SEVEN (7) years. As a result of the force, willful and Wanton, the ICE-DHS acted with Deliberate Indefference and also acted under clor of State law.

4. Plaintiff demands judgment against Defendants as follows:
From July 6, 2006, the day, date and month that plaintiff served a copy of his BIRTH DOCUMENTS, that was signed and sworn by his Father COMPENSATORY DAMAGES in the sum of **$15,000.00 per a day till** July **20, 2007. TOTAL OF $ 5, 475,000.00 (FIVE MILLIONS FOUR HUNDRED-SEVENTH-FIVE THOUSAND DOLLARS.**

5. From July 20, 2007, the day, date and month AMADI spoke to the Nigerian Consulate Atlanta,Georgia and he was interviewed by **MS. JUDY CONSUL** who sated that AMADI was not a Nigerian Citizen and was not born in Nigeria, that she do not need to talk to MR. AMADI, and MS. JUDY told MR. AMADI to handed the phone over to the ICE Officer on duty, still the ICE kept him in detention, trying to deport him to a country that he was not a Citizen. AMADI demands jugment against Defendants in the sum of **$20, 000.00** from July 20, 2007 per a day till the day AMADI will be release from ICE detention **TOTAL OF $ 6,000.00**

3. From August 14, 2007, the day, date and month that the ICE visited AMADI at ICE-INS OB-A UNIT FDC OAKDALE, LA and forced him and **FINGER PRINTED HIM** to deport him to SIERRA-LEONE (**PUNITIVE DAMAGES** in the Sum of **$25, 000.00 per a day till the day Amadi will**

-9-

**be release** from the ICE Custody TOTAL $ 4,225,000.00.

This Honorable Court should also grant other relief that this Court deems just and proper in the interest of justice and fairness.

RESPECTFULLY SUBMITTED,

_____
Okechukwu Mummee Amadi,
PRO-SE PLAINTIFF,
A93-029-461/#06003-052
Federal Detention Center
P.O.BOX 5010
Oakdale, Louisiana 71463

Dated: November 2, 2007.

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

OKECHUKWU H. AHADI

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PD)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# A93 029 461

**DEFENDANTS**

U.S. DEPT. OF HOMELAND SECURITY, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:08-cv-00111
Assigned To : Friedman, Paul L.
Assign. Date : 1/18/2008
Description: Pro Se General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**
☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other)    OR    ☒ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
■ 1) Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐    DEMAND $ _____    Check YES only if demanded in complaint    JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)  ☐ YES  ☐ NO    If yes, please complete related case form.

DATE 1-18-08    SIGNATURE OF ATTORNEY OF RECORD  NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

   I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

   III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

   IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

   VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

   VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.