**FILED**
**JAN 1 8 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OKECHUKWU MUMMEE AMADI,
A93-029-461,
        Plaintiff,

CASE NO: **08 0111**

-against-

U.S. DEPARTMENT OF HOMELAND SECURITY,
MICHEAL CHERTOFF, ET AL.,
IMMIGRATION AND CUSTOMS ENFORCEMENT,
DISTRICT DIRECTOR NEW ORLEANS,
STEVEN BOLL, TREY LUND, FIELD OFFICE DIRECTOR,
GEORGE LUND, 111, FIELD OFFICE DIRECTOR,
SCOTT SUTTERFIELD, ASSISTANT FIELD OFFICE DIRECTOR,
SHERRY JOHNSON, DEPORTATION OFFICER,
LORIANNE GRIFFIN, COUNSEL,
RITA PERRY, DEPORTATION OFFICER,
BYRAN FIRMN, DEPORTATION OFFICER,
STEVEN DURIO, DEPORTATION OFFICER,
ROBERT WEIR, COUNSEL,
ALL JANE AND JOHN KNOWN AND UNKNOWN (NOT LISTED)

U.S. DEPARTMENT OF JUSTICE, ALBERTO R. GONZALES,
ATTORNEY GENERAL OF THE UNITED STATES,
OFFICE OF THE IMMIGRATION LITIGATION UNIT,
ROBERT N. MARKLE, COUNSEL, ET AL., ALL JOHN AND JANE
DOES 1-10)
        Defendants.

Leave to file without
Prepayment of Cost **GRANTED**
*[signature]*
12/28/07

### AFFIDAVIT TO ACCOMPANY MOTION TO PROCEED IN FORMA PAUPERIS

    COMES NOW, Plaintiff, Okechukwu Mummee Amadi, respectfully submits to this Court the enclosed **AFFIDAVIT TO ACCOMPANY MOTION TO PROCEED IN FORMA PAUPERIS** and to notify this Court that he is a **Detainee and not a Prisoner**. That he has been in the **ICE-DHS Custody** for Seven (7) years since 2000 he had finished his prison time.

    Plaintiff, Okechukwu Mummee Amadi is a **Detainee and not a Prisoner**. This consitent with the principle that deportation is a **CIVIL** rather than a **CRIMINAL PROCEDURE**, the Ninth Circuit Court of

**RECEIVED**
NOV 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

Appeals has held an alien detained by the INS-ICE-DHS pending deportation is not a "Filing Fees" requirement of the PLRA so not apply to an alien detainee proceeding "IN FORMA PAUPERIS". See Agyeman v. INS, 296 F.3d 871 (9th Cir.2002). See also Kolocotronios v. Morgan, 247 F.3d. 726 (8th Cir.2001) [holding that an Inmate being held at a Mental Institution pursuant to a finding that he was not guilty by reason of instanity was not a prisoner within meaning of the PLRA] See Lafotant v. INS, 135 F.3d. 158, 165 (D.C. Cir.1998). ]incarcerated alien facing deportation is not a "Prisoner" for the purpose of the PLRA], Ojo v. INS, 106 F.3d. 680 (5th Cir.1997) PLRA" does not bring an alien detainee within SWEEP].

    Plaintiff prays that this Court should consider all the Circumstances surrounding him and follow the rule and regulations and plaintiff also prays that this Court should grant him the relief sought in this case, in the interest of justice and fairness.

Dated: November 2, 2007.

RESPECTFULLY SUBMITTED,

_____
Okechukwu Mummee Amadi
PRO-SE, PLAINTIFF,
A93-029-461/#06003-052
Federal Detention Center
P.O. BOX 5010
Oakdale, Louisiana 71463

-2-