**Fill out form and print 4 copies. Sign and date all copies and route as specified below.**

U.S. Department of Justice
United States Marshals Service



# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

TO: Peter D. Keisler, Acting Asst. Atty, General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

Civil Action, File Number  08-111 PLF

Okechkwu M. Amadi

v.

U.S. Dept. of Homeland Security, et al

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days against federal defendants. If you fail to do so, judgment ...

Signature _____ Receipt of Summons and Complaint By Mail

... the complaint in the above captioned ...

... ID COMPLAINT ...

... ntity/Authority to Receive ...

Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

---

**USPS Certified Mail / Domestic Return Receipt (PS Form 3811, February 2004)**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. Print your name and address on the reverse so that we can return the card to you. Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   D. Keisler, Acting Asst. Atty. Gen'l
   Dept. Of Justice
   [Pen]nsylvania Ave., NW
   [Washington,] DC 20530

A. Signature: X _Emmet L Parker_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): [FEB] 0 4 2008
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

102595-02-M-1540