UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
OKECHUKWU MUMMEE AMADI,       )
                                            )
        Plaintiff,                   )
                                            )
   v.                            )  Case Number: 1:08-CV-0111-PLF
                                            )
DEPARTMENT OF HOMELAND,        )
SECURITY, et al.                    )
                                            )
        Defendants.               )
_____)

## NOTICE OF APPEARANCE

**THE CLERK OF THE COURT** will please enter the appearance of Special Assistant United States Attorney Brandon L. Lowy as counsel of record in the above-captioned action for Defendants U.S. Department of Homeland Security and its agency Immigration and Customs Enforcement ("ICE"), the U.S. Department of Justice and its Office of Immigration Litigation Unit ("OIL"), as well as the following individuals in their official and individual capacities: Michael Chertoff, Secretary of Homeland Security; Alberto R. Gonzales, former Attorney General; Peter D. Keisler, former Acting Attorney General; Robert Markle, Attorney, OIL; Jammie L. Ballard, Deportation Officer, ICE; Steven Boll, Acting Field Office Director, ICE; Steven Durio, Deportation Officer, ICE; Bryan Firmin, Deportation Officer, ICE; Lorraine Griffin, Assistant Chief Counsel, ICE; Sherry Johnson, Deportation Officer, ICE; and Robert B. Weir, Assistant Chief Counsel, ICE in the their official and individual capacities.[1] Undersigned

---

[1]. There are fifteen (15) current or former U.S. Government employees named as individual defendants in this case. Undersigned counsel is notifying the Court that he is representing only eleven (11) of them at this time because, to date, the requests for representation on behalf of the remaining four individuals are still being processed. Undersigned counsel plans to ask the Court for an extension of time to respond to the Complaint so that he may receive such approvals and represent all of the named individuals at once.

counsel does not represent defendants "JOHN AND JANE DOES 1-10," as they have yet to be identified.

Respectfully submitted,

/s/_____ _____

BRANDON L. LOWY,
Special Assistant United States Attorney
555 Fourth St., NW, Room E4405
Washington, D.C.  20530
Phone: (202) 307-0364
Fax: (202) 514-8780
Brandon.Lowy@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2008, I caused the foregoing Defendants' Motion for an Enlargement of Time to File a Dispositive Motion and Order to be filed via the Court's Electronic Case Filing system, and served upon plaintiff, *pro se*, by first-class mail, postage prepaid, addressed as follows:

OKECHUKWU MUMMEE AMADI

A93-029-461
Federal Detention Center
P.O. Box 5010
Oakdale, LA 71463

      /s/ _____
BRANDON L. LOWY