UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OKECHUKWU MUMMEE AMADI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:08-CV-0111-PLF |
| ) | |
| DEPARTMENT OF HOMELAND, ) | |
| SECURITY, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants Department of Homeland Security, et al., respectfully move this Court to extend the deadline for Defendants to respond to the Complaint to May 14, 2008.

There is good cause for the Court to grant this Motion. There are fifteen (15) current or former U.S. Government employees named as individual defendants in their official and individual capacities, including Michael Chertoff, Secretary of Homeland Security, and former Attorney General Alberto Gonzales. See Dkt. Entry 1. A federal employee may be provided representation in civil proceedings in which he is sued in his individual capacity, when the actions for which representation is requested reasonably appear to have been performed within the scope of the employee's employment and the Attorney General or his designee determines that providing representation would otherwise be in the interest of the United States. 28 C.F.R. § 50.15(a). Upon receipt of the individual's request for counsel, the litigating division of the

subject agency determines whether the employee's actions reasonably appear to have been performed within the scope of his employment and whether providing representation would be in the interest of the United States. 28 C.F.R. § 50.15(a)(2).

In the instant case, it appears from the information presently available that the events giving rise to this action occurred within the scope of federal employment and that representation by the Department of Justice would be in the interest of the United States. See Exh. 1. Thus, pursuant to 28 C.F.R. § 50.15(a)(2), the Civil Division at the Department of Justice authorized undersigned counsel to provide individual capacity representation to eleven (11) of the defendants in this matter. Id. Undersigned counsel has not yet received final authorization to represent the remaining four (4) defendants in their individual capacity.

The undersigned counsel requests an additional thirty days to file an appropriate response to the Complaint. The extension is needed so that the undersigned counsel can obtain the proper authorizations with regard to the remaining four defendants and represent them all at once. In addition, Defendants need an extension so that undersigned counsel may work with Defendants to prepare a response for client and supervisory review prior to filing it with the Court.

The undersigned counsel did not attempt to contact *pro se* Plaintiff to discuss this Motion because Plaintiff was incarcerated in the United States at the time he filed the Complaint, and has since been deported to Nigeria without leaving a forwarding address. Thus, such a step has been rendered impracticable. Nevertheless, Plaintiff's last known address was a prison in the United States, so no conference with Plaintiff regarding this non-dispositive motion would have been practicable had he not been deported.

For these reasons, the Court should set the deadline of May 14, 2008, for Defendant to respond to the complaint in this matter.

Dated: April 9, 2008.                    Respectfully Submitted,

    /s/ _____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


    /s/ _____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


    /s/ _____
BRANDON L. LOWY
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0364

Attorneys for Defendant

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OKECHUKWU MUMMEE AMADI,        )<br>                                                              )<br>                    Plaintiff,             )<br>                                                              )<br>         v.                                              )<br>                                                              )   Case Number: 1:08-CV-0111-PLF<br>DEPARTMENT OF HOMELAND,     )<br>SECURITY, et al.                          )<br>                                                              )<br>                    Defendants.         )<br>                                                              ) | |

**ORDER**

Upon consideration of Defendant's Motion for an Extension of Time to Respond to the Complaint and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Motion for an Extension of Time to Respond to the Complaint be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, May 14, 2008, to respond to the Complaint.

SO ORDERED.

_____
U.S. District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2008, I caused the foregoing Defendants' Motion for an Enlargement of Time to File a Dispositive Motion and Order to be filed via the Court's Electronic Case Filing system, and served upon plaintiff, *pro se*, by first-class mail, postage prepaid, addressed as follows:

OKECHUKWU MUMMEE AMADI

A93-029-461
Federal Detention Center
P.O. Box 5010
Oakdale, LA 71463


        /s/
BRANDON L. LOWY

**Lowy, Brandon (USADC)**

| | |
|---|---|
| From: | Bartolotto, James (CIV) |
| Sent: | Monday, March 31, 2008 8:36 AM |
| To: | Lowy, Brandon (USADC) |
| Cc: | Craig.Raynsford@dhs.gov |
| Subject: | Amadi v. DHS, et al., |

Re:   Okechukwu Mummee Amadi v. DHS, et al.,
      1:08-CV-00111 (D. DC)

DJ#:  157-16-41070

Dear SAUSA Lowy,

The Department of Justice has been requested to provide individual capacity representation to the following federal employees named in the referenced matter.

Jammie L. Ballard, Deportation Officer, ICE Steven Boll, Acting Field Office Director, ICE Steven Durio, Deportation Officer, ICE Bryan Firmin, Deportation Officer, ICE Lorraine Griffin, Ass't Chief Counsel, ICE Sherry Johnson, Deportation Officer, ICE Robert B. Weir, Ass't Chief Counsel, ICE

Individual Capacity Representation Approved

It reasonably appears from the information presently available that the events giving rise to the referenced action occurred within the scope of federal employment and that representation by the Department of Justice would be in the interest of the United States.  Therefore, pursuant to 28 C.F.R. § 50.15(a)(2), Torts Branch Director Timothy P. Garren, on behalf of Acting Assistant Attorney General Jeffrey S. Bucholtz, hereby authorizes your office or any other Department attorney to provide individual capacity representation to the above-named defendants in the referenced matter.

By copy of this e-mail, agency counsel has been advised of our decision and requested to notify the defendants that representation has been authorized.  Please contact the defendants as soon as possible to discuss the defense of this case and to emphasize the necessity of notifying the carrier of any insurance that may apply to this matter.

This electronic mail letter is sent to you in lieu of written correspondence.  Please print a copy for your file.  To ensure receipt, kindly let me know when you receive this notification.

Terms and Conditions of Department of Justice Representation

We invite your attention to Form DOJ-399 (Acknowledgment of Conditions of Department representation) which explains the terms and conditions of individual capacity representation by Department attorneys.  A copy of this form, in either Word Perfect (.wpd) or Portable Document format (.pdf), is available at our website, which may be accessed using the hyperlink below.  If the terms and conditions are acceptable, and a Form DOJ-399 has not already been signed, the defendants for whom Department representation has been authorized should indicate agreement by signing the Form DOJ-399.  The original signed Form DOJ-399 should be retained in your file and a copy provided to the defendant.  We are available to assist you in resolving any questions you or the defendants may have about the nature and limitations of representation by the Department of Justice.

1

Case Delegated to Your Office for Handling

Based upon the information available to us at this time, it appears that this matter can be handled most efficiently by your office alone. Absent any unusual circumstances, you need not correspond with us regarding this matter. Nor should you mail us copies of any court papers or correspondence. Of course, we would ask that you keep the employing agency and the defendants fully informed of the developments in this case.

For your convenience, a series of monographs drafted by the Constitutional Torts Staff regarding the defense of personal-liability litigation is available online via the Department's Intranet. You can access these monographs using a web browser at the following URL:

http://10.173.2.12/usao/eousa/ole/usabook/liab/index.htm.

Additional guidance for the defense of actions against individuals may be found in the United States Attorneys' Manual at 4-5.213, et seq.

If further assistance or guidance is desired, please contact me.

Very truly yours,

James G. Bartolotto
Trial Attorney
Department of Justice, Civil Division, Torts Branch Constitutional & Specialized Tort Litigation
Tel: 202-616-4174
Fax: 202-616-4314
E-mail: james.bartolotto@usdoj.gov
For mail delivery:
P.O. Box 7146, Ben Franklin Station, Washington DC 20044 For courier or overnight mail:
1425 New York Ave., N.W., 8th Fl., Washington DC 20005

# Lowy, Brandon (USADC)

| | |
|---|---|
| **From:** | Bartolotto, James (CIV) |
| **Sent:** | Monday, March 31, 2008 2:20 PM |
| **To:** | Lowy, Brandon (USADC) |
| **Cc:** | Adams, Frances G (DHS); Hussey, Thom (CIV); Markle, Robert (CIV) |
| **Subject:** | Amadi v. DHS, et al., |

Re:  Okechukwu Mummee Amadi v. DHS, et al.,
     1:08-CV-00111 (D. DC)

DJ#:  157-16-41070

Dear SAUSA Lowy,

The Department of Justice has been requested to provide individual capacity representation to the following federal employees named in the referenced matter.

Michael Chertoff, Secretary, Homeland Security
Robert Markle, Attorney, OIL
Individual Capacity Representation Approved

It reasonably appears from the information presently available that the events giving rise to the referenced action occurred within the scope of federal employment and that representation by the Department of Justice would be in the interest of the United States.  Therefore, pursuant to 28 C.F.R. § 50.15(a)(2), Torts Branch Director Timothy P. Garren, on behalf of Acting Assistant Attorney General Jeffrey S. Bucholtz, hereby authorizes your office or any other Department attorney to provide individual capacity representation to the above-named defendants in the referenced matter.

By copy of this e-mail, agency counsel has been advised of our decision and requested to notify the defendants that representation has been authorized.  Please contact the defendants as soon as possible to discuss the defense of this case and to emphasize the necessity of notifying the carrier of any insurance that may apply to this matter.

This electronic mail letter is sent to you in lieu of written correspondence.  Please print a copy for your file.  To ensure receipt, kindly let me know when you receive this notification.

Terms and Conditions of Department of Justice Representation

We invite your attention to Form DOJ-399 (Acknowledgment of Conditions of Department representation) which explains the terms and conditions of individual capacity representation by Department attorneys.  A copy of this form, in either Word Perfect (.wpd) or Portable Document format (.pdf), is available at our website, which may be accessed using the hyperlink below.  If the terms and conditions are acceptable, and a Form DOJ-399 has not already been signed, the defendants for whom Department representation has been authorized should indicate agreement by signing the Form DOJ-399.  The original signed Form DOJ-399 should be retained in your file and a copy provided to the defendant.  We are available to assist you in resolving any questions you or the defendants may have about the nature and limitations of representation by the Department of Justice.

Case Delegated to Your Office for Handling

1

Based upon the information available to us at this time, it appears that this matter can be handled most efficiently by your office alone. Absent any unusual circumstances, you need not correspond with us regarding this matter. Nor should you mail us copies of any court papers or correspondence. Of course, we would ask that you keep the employing agency and the defendants fully informed of the developments in this case.

For your convenience, a series of monographs drafted by the Constitutional Torts Staff regarding the defense of personal-liability litigation is available online via the Department's Intranet. You can access these monographs using a web browser at the following URL:

http://10.173.2.12/usao/eousa/ole/usabook/liab/index.htm.

Additional guidance for the defense of actions against individuals may be found in the United States Attorneys' Manual at 4-5.213, et seq.

If further assistance or guidance is desired, please contact me.

Very truly yours,


James G. Bartolotto
Trial Attorney
Department of Justice, Civil Division, Torts Branch Constitutional & Specialized Tort Litigation
Tel: 202-616-4174
Fax: 202-616-4314
E-mail: james.bartolotto@usdoj.gov
For mail delivery:
P.O. Box 7146, Ben Franklin Station, Washington DC 20044 For courier or overnight mail:
1425 New York Ave., N.W., 8th Fl., Washington DC 20005

# Lowy, Brandon (USADC)

| | |
|---|---|
| From: | Bartolotto, James (CIV) |
| Sent: | Monday, April 07, 2008 11:34 AM |
| To: | Lowy, Brandon (USADC) |
| Cc: | Haun, Kathryn (OAG); Craig.Raynsford@dhs.gov |
| Subject: | Amadi v. DHS, et al., |

Re:   Okechukwu Mummee Amadi v. DHS, et al.,
      1:08-CV-00111 (D. DC)

DJ#:   157-16-41070

Dear SAUSA Lowy,

The Department of Justice has been requested to provide individual capacity representation to the following federal employees named in the referenced matter.

Alberto R. Gonzales, former Attorney General Peter D. Keisler, former Acting Attorney General

Individual Capacity Representation Approved

It reasonably appears from the information presently available that the events giving rise to the referenced action occurred within the scope of federal employment and that representation by the Department of Justice would be in the interest of the United States.  Therefore, pursuant to 28 C.F.R. § 50.15(a)(2), Torts Branch Director Timothy P. Garren, on behalf of Acting Assistant Attorney General Jeffrey S. Bucholtz, hereby authorizes your office or any other Department attorney to provide individual capacity representation to the above-named defendants in the referenced matter.

By copy of this e-mail, agency counsel has been advised of our decision and requested to notify the defendants that representation has been authorized.  Please contact the defendants as soon as possible to discuss the defense of this case and to emphasize the necessity of notifying the carrier of any insurance that may apply to this matter.

This electronic mail letter is sent to you in lieu of written correspondence.  Please print a copy for your file.  To ensure receipt, kindly let me know when you receive this notification.

Terms and Conditions of Department of Justice Representation

We invite your attention to Form DOJ-399 (Acknowledgment of Conditions of Department representation) which explains the terms and conditions of individual capacity representation by Department attorneys.  A copy of this form, in either Word Perfect (.wpd) or Portable Document format (.pdf), is available at our website, which may be accessed using the hyperlink below.  If the terms and conditions are acceptable, and a Form DOJ-399 has not already been signed, the defendants for whom Department representation has been authorized should indicate agreement by signing the Form DOJ-399.  The original signed Form DOJ-399 should be retained in your file and a copy provided to the defendants.  We are available to assist you in resolving any questions you or the defendants may have about the nature and limitations of representation by the Department of Justice.

Monitored Case Delegated to Your Office for Handling

Based upon the information available to us at this time, it appears that this matter can be handled most efficiently by your office, however, as this is a monitored case, please forward copies of all significant correspondence, pleadings, motions and rulings to me. My contact information is indicated below. Of course, we would also ask that you keep the employing agency and the defendants fully informed of the developments in this case.

For your convenience, a series of monographs drafted by the Constitutional Torts Staff regarding the defense of personal-liability litigation is available online via the Department's Intranet. You can access these monographs using a web browser at the following URL:

http://10.173.2.12/usao/eousa/ole/usabook/liab/index.htm.

Additional guidance for the defense of actions against individuals may be found in the United States Attorneys' Manual at 4-5.213, et seq.

If further assistance or guidance is desired, please contact me.

Very truly yours,


James G. Bartolotto
Trial Attorney
Department of Justice, Civil Division, Torts Branch Constitutional & Specialized Tort Litigation
Tel: 202-616-4174
Fax: 202-616-4314
E-mail: james.bartolotto@usdoj.gov
For mail delivery:
P.O. Box 7146, Ben Franklin Station, Washington DC 20044 For courier or overnight mail:
1425 New York Ave., N.W., 8th Fl., Washington DC 20005