UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

OKECHUKWU MUMMEE AMADI,

        Plaintiff,

  v.

DEPARTMENT OF HOMELAND,
SECURITY, et al.

        Defendants.
_____

Case Number: 1:08-CV-0111-PLF

## NOTICE OF APPEARANCE

**THE CLERK OF THE COURT** will please enter the appearance of Special Assistant United States Attorney Brandon L. Lowy as counsel of record in the above-captioned action for Defendants in their official and individual capacities: George H. "Trey" Lund, III, Field Office Director, Immigration and Customs Enforcement ("ICE") and Scott L. Sutterfield, Assistant Field Office Director, ICE.[1]  Undersigned counsel does not represent defendants "JOHN AND JANE DOES 1-10," as they have yet to be identified.

Respectfully submitted,

/s/_____

BRANDON L. LOWY,
Special Assistant United States Attorney
555 Fourth St., NW, Room E4405
Washington, D.C.  20530
Phone: (202) 307-0364
Fax: (202) 514-8780
Brandon.Lowy@usdoj.gov

---

[1]. There are fifteen (15) current or former U.S. Government employees named as individual defendants in this case. Undersigned counsel is notifying the Court that he is representing only eleven (13) of them at this time because, to date, the requests for representation on behalf of the remaining four individuals are still being processed. Undersigned counsel plans to ask the Court for an extension of time to respond to the Complaint so that he may receive such approvals and represent all of the named individuals at once.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May, 2008, I caused the foregoing Notice of Appearance to be filed via the Court's Electronic Case Filing system, and served upon plaintiff, *pro se*, by leaving it with the Clerk of the United States District Court for the District of Columbia, pursuant to Fed. R. Civ. P. 5(b)(2)(D), because Plaintiff has no known address.

                                            /s/
                                    BRANDON L. LOWY