UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
OKECHUKWU MUMMEE AMADI,              )
                                    )
          Plaintiff,                 )
                                    )
     v.                              )
                                    ) Case Number: 1:08-CV-0111-PLF
DEPARTMENT OF HOMELAND,              )
SECURITY, et al.                     )
                                    )
          Defendants.                )
_____)

## NOTICE OF APPEARANCE

**THE CLERK OF THE COURT** will please enter the appearance of Special Assistant United States Attorney Brandon L. Lowy as counsel of record in the above-captioned action for Defendant in her official and individual capacities: Rita Perry, Detention and Deportation Officer, Immigration and Customs Enforcement ("ICE").[1]  Undersigned counsel does not represent defendants "JOHN AND JANE DOES 1-10," as they have yet to be identified.

                         Respectfully submitted,

                         /s/_____

                         BRANDON L. LOWY,
                         Special Assistant United States Attorney
                         555 Fourth St., NW, Room E4405
                         Washington, D.C.  20530
                         Phone: (202) 307-0364
                         Fax: (202) 514-8780
                         Brandon.Lowy@usdoj.gov

---

[1]. There are fifteen (15) current or former U.S. Government employees named as individual defendants in this case. Undersigned counsel is notifying the Court that he is representing only fourteen (14) of them at this time because, to date, the request for representation on behalf of the remaining individual is still being processed.  Undersigned counsel plans to ask the Court for an extension of time to respond to the Complaint so that he may receive such approval and represent all of the named individuals at once.

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 10th day of June, 2008, I caused the foregoing Notice of Appearance to be filed via the Court's Electronic Case Filing system, and served upon plaintiff, *pro se*, by leaving it with the Clerk of the United States District Court for the District of Columbia, pursuant to Fed. R. Civ. P. 5(b)(2)(D), because Plaintiff has no known address.

                                                       /s/
                                            BRANDON L. LOWY