UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
OKECHUKWU MUMMEE AMADI,             )
                                    )
            Plaintiff,              )
                                    )
     v.                             )
                                    ) Case Number: 1:08-CV-0111-PLF
DEPARTMENT OF HOMELAND,             )
SECURITY, et al.                    )
                                    )
            Defendants.             )
_____)

**NOTICE OF APPEARANCE**

**THE CLERK OF THE COURT** will please enter the appearance of Special Assistant United States Attorney Brandon L. Lowy as counsel of record in the above-captioned action for Defendant in his official and individual capacities: John Lyle, Detention and Deportation Officer, Immigration and Customs Enforcement ("ICE"). In his Complaint, Plaintiff refers to a Defendant named "John Lan." ICE believes that "John Lan" is erroneous, and that Plaintiff actually refers to Deportation Officer John Lyle. Therefore, John Lyle is the fifteenth and final individual Defendant to have his individual representation approved.

Defendants respectfully refer the Court to the recently-filed Defendants' Motion to Dismiss, or in the Alternative, to Transfer, in order to assert all of the same arguments in a responsive pleading for Defendant Lyle as have been put forth for the other Defendants. See Dkt. Entry 22.

Undersigned counsel does not represent defendants "JOHN AND JANE DOES 1-10," as they have yet to be identified.

Respectfully submitted,

/s/_____ _____

BRANDON L. LOWY,
Special Assistant United States Attorney
555 Fourth St., NW, Room E4405
Washington, D.C.  20530
Phone: (202) 307-0364
Fax: (202) 514-8780
Brandon.Lowy@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2008, I caused the foregoing Notice of Appearance to be filed via the Court's Electronic Case Filing system, and served upon plaintiff, *pro se*, by leaving it with the Clerk of the United States District Court for the District of Columbia, pursuant to Fed. R. Civ. P. 5(b)(2)(D), because Plaintiff has no known address.

      /s/
BRANDON L. LOWY