

CLERK'S OFFICE
ED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
3 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

*Refused*
*Deported*

02 1A        $ 00.42⁰
0004634648    MAY 29 2008
MAILED FROM ZIP CODE 20001

NIXIE      711  DE 1      00 05/05/08
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 20001289999      *1931-04514-30-34

Okechukwu Mummee Amadi #06003-052
Federal Detention Center
P. O. Box 5010
Oakdale, LA 71463



DCD_ECFNotice@dcd.uscourts.gov
05/29/2008 11:01 AM

To  DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject  Activity in Case 1:08-cv-00111-PLF AMADI V. U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., Order on Motion for Extension of Time to

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 5/29/2008 at 11:01 AM and filed on 5/29/2008
**Case Name:**          AMADI V. U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,
**Case Number:**        1:08-cv-111
**Filer:**
**Document Number:** No document attached

Docket Text:
**MINUTE ORDER granting [19] defendants' motion for extension of time up to and including June 11, 2008 to respond to the complaint. Signed by Judge Paul L. Friedman on May 29, 2008. (MA)**


**1:08-cv-111 Notice has been electronically mailed to:**

Brandon Leigh Lowy  brandon.lowy@usdoj.gov

**1:08-cv-111 Notice will be delivered by other means to::**

OKECHUKWU MUMMEE AMADI
R06003-052
OAKDALE
FEDERAL DETENTION CENTER

Inmate Mail/Parcels
P.O. BOX 5010
OAKDALE, LA 71463



**CLERK'S OFFICE**
TED STATES DISTRICT COURT
 THE DISTRICT OF COLUMBIA
**U.S. COURTHOUSE**
33 CONSTITUTION AVENUE, N.W.
**WASHINGTON, DC 20001**

**OFFICIAL BUSINESS**

RETURN TO SENDER:
30 DAYS EXPIRED
INMATE NOT AT THIS INSTITUTION:
NO AUTHORIZATION ON FILE:
UNIDENTIFIABLE PACKAGE:

$00.42
MAY 23 2008
MAILED FROM ZIPCODE 20001

JUN 2 2008

Nancy Mayer Whittington
US District Court, District

NIXIE  711  DC 1  00 05/29/08
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 20001289999  *1455-05960-29-21

Okechukwu Mummee Amadi #06003-052
Federal Detention Center
P. O. Box 5010
Oakdale, LA 71463



| | | | |
|---|---|---|---|
| DCD_ECFNotice@dcd.uscourts.gov<br>05/19/2008 02:46 PM | To | DCD_ECFNotice@dcd.uscourts.gov | |
| | cc | | |
| | bcc | | |
| | Subject | Activity in Case 1:08-cv-00111-PLF AMADI V. U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., Order on Motion for Extension of Time to Answer | |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 5/19/2008 at 2:46 PM and filed on 5/19/2008
**Case Name:**     AMADI V. U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,
**Case Number:**   1:08-cv-111
**Filer:**
**Document Number:** No document attached

Docket Text:
**MINUTE ORDER granting [17] defendants' motion for extension of time up to and including May 28, 2008 to answer. Signed by Judge Paul L. Friedman on May 19, 2008. (MA)**

**1:08-cv-111 Notice has been electronically mailed to:**

Brandon Leigh Lowy  brandon.lowy@usdoj.gov

**1:08-cv-111 Notice will be delivered by other means to::**

OKECHUKWU MUMMEE AMADI
R06003-052
OAKDALE
FEDERAL DETENTION CENTER

Inmate Mail/Parcels
P.O. BOX 5010
OAKDALE, LA 71463

**CLERK'S OFFICE**
**:D STATES DISTRICT COURT**
**HE DISTRICT OF COLUMBIA**
U.S. COURTHOUSE
CONSTITUTION AVENUE, N.W.
'ASHINGTON, DC 20001

OFFICIAL BUSINESS

$00.42
MAY 19 2008
MAILED FROM ZIP CODE 20001

JUN - 2 2008
Nancy Mayer Whittington
US District Court, District of Columbia

RTS

NIXIE       711  DC 1        OO  05/29/08
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 20001289999      *0131-01086-20-40

Okechukwu Mummee Amadi #06003-052
Federal Detention Center
P. O. Box 5010
Oakdale, LA 71463



| | | |
|---|---|---|
| DCD_ECFNotice@dcd.uscourts.gov | To | DCD_ECFNotice@dcd.uscourts.gov |
| 05/15/2008 01:40 PM | cc | |
| | bcc | |
| | Subject | Activity in Case 1:08-cv-00111-PLF AMADI V. U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., Order on Motion for Extension of Time to |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 5/15/2008 at 1:40 PM and filed on 5/15/2008
**Case Name:**        AMADI V. U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,
**Case Number:**      1:08-cv-111
**Filer:**
**Document Number:** No document attached

Docket Text:
**MINUTE ORDER granting [16] defendants' motion for extension of time up to and including May 28, 2008 to respond to the complaint. Signed by Judge Paul L. Friedman on May 15, 2008. (MA)**


**1:08-cv-111 Notice has been electronically mailed to:**

Brandon Leigh Lowy  brandon.lowy@usdoj.gov

**1:08-cv-111 Notice will be delivered by other means to::**

OKECHUKWU MUMMEE AMADI
R06003-052
OAKDALE
FEDERAL DETENTION CENTER
Inmate Mail/Parcels

P.O. BOX 5010
OAKDALE, LA 71463