CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

714E335E000 PI2M
2000120B999

NIXIE      711     5C 1      77   06/24/08

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

*1455-03097-24-23



Received
Mail Room
JUN 27 2008

Nancy Mayer Whittington, C.A.I.
US District Court, District of Columbia

UNITED STATES POSTAGE
02 1A
0004634648   JUN 16 2008
$ 00.42°
MAILED FROM ZIP CODE 20001
PITNEY BOWES

BC: 2000120B999950

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

NIXIE      711     CC 1      77   05/24/08

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

*2131-00808-17-40

BC: 2000120B999950



Received
Mail Room
JUN 27 2008

Nancy Mayer Whittington, C.A.I.
US District Court, District of Columbia

UNITED STATES POSTAGE
02 1A
000463464B   JUN 17 2008
$ 00.42°
MAILED FROM ZIP CODE 20001
PITNEY BOWES

Okechukwu Mummee Amadi #06003-052
Federal Detention Center
P. O. Box 5010
Oakdale, LA 71463



DCD_ECFNotice@dcd.uscou
rts.gov
06/16/2008 10:04 AM

To   DCD_ECFNotice@dcd.uscourts.gov

cc

bcc

Subject   Activity in Case 1:08-cv-00111-PLF AMADI V. U.S.
DEPARTMENT OF HOMELAND SECURITY, ET AL., Order
on Motion for Extension of Time to

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se litigants) to
receive one free electronic copy of all documents filed electronically, if receipt is required
by law or directed by the filer. PACER access fees apply to all other users. To avoid later
charges, download a copy each document during this first viewing. However, if the
referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 6/16/2008 at 10:04 AM and filed on 6/16/2008
**Case Name:**        AMADI V. U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,
**Case Number:**      1:08-cv-111
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER granting [21] defendant's fourth motion for extension of time up
to and including June 25, 2008 to respond to the complaint. Signed by Judge Paul
L. Friedman on June 16, 2008. (MA)**

**1:08-cv-111 Notice has been electronically mailed to:**

Brandon Leigh Lowy  brandon.lowy@usdoj.gov

**1:08-cv-111 Notice will be delivered by other means to::**

OKECHUKWU MUMMEE AMADI
R06003-052
OAKDALE
FEDERAL DETENTION CENTER

Inmate Mail/Parcels
P.O. BOX 5010
OAKDALE, LA 71463

Okechukwu Mummee Amadi #06003-052
Federal Detention Center
P. O. Box 5010
Oakdale, LA 71463



DCD_ECFNotice@dcd.uscou
rts.gov
06/16/2008 10:04 AM

To  DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject  Activity in Case 1:08-cv-00111-PLF AMADI V. U.S.
DEPARTMENT OF HOMELAND SECURITY, ET AL., Order
on Motion for Extension of Time to

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se litigants) to
receive one free electronic copy of all documents filed electronically, if receipt is required
by law or directed by the filer. PACER access fees apply to all other users. To avoid later
charges, download a copy each document during this first viewing. However, if the
referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 6/16/2008 at 10:04 AM and filed on 6/16/2008
**Case Name:**      AMADI V. U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,
**Case Number:**    <u>1:08-cv-111</u>
**Filer:**
**Document Number:**  No document attached

**Docket Text:**
**MINUTE ORDER granting [21] defendant's fourth motion for extension of time up
to and including June 25, 2008 to respond to the complaint. Signed by Judge Paul
L. Friedman on June 16, 2008. (MA)**

**1:08-cv-111 Notice has been electronically mailed to:**

Brandon Leigh Lowy  brandon.lowy@usdoj.gov

**1:08-cv-111 Notice will be delivered by other means to::**

OKECHUKWU MUMMEE AMADI
R06003-052
OAKDALE
FEDERAL DETENTION CENTER

Inmate Mail/Parcels
P.O. BOX 5010
OAKDALE, LA 71463