CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

US POSTAGE $00.420
JUL 01 2008
MAILED FROM ZIP CODE 20001

JUL 14 2008
Nancy Mayer Whittington, Clerk
US District Court, District of C...

NIXIE     711 DC 1        00 07/09/08
          RETURN TO SENDER
          REFUSED
          UNABLE TO FORWARD
BC: 20001289999   *1455-09155-09-25

RETURN TO SENDER
REFUSED BY THIS INSTITUTION
...ON FILE

Okechukwu Mummee Amadi #06003-052
Federal Detention Center
P. O. Box 5010
Oakdale, LA 71463



DCD_ECFNotice@dcd.uscourts.gov
06/30/2008 04:38 PM

To DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject Activity in Case 1:08-cv-00111-PLF AMADI V. U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 6/30/2008 at 4:38 PM and filed on 6/30/2008
**Case Name:** AMADI V. U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,
**Case Number:** 1:08-cv-111
**Filer:**
**Document Number:** 26

**Docket Text:**
**ORDER that plaintiff shall file his response to defendant's motion to dismiss the complaint no later than August 8, 2008. Signed by Judge Paul L. Friedman on June 30, 2008. (MA)**

1:08-cv-111 Notice has been electronically mailed to:

Brandon Leigh Lowy  brandon.lowy@usdoj.gov

1:08-cv-111 Notice will be delivered by other means to::

OKECHUKWU MUMMEE AMADI
R06003-052
OAKDALE
FEDERAL DETENTION CENTER
Inmate Mail/Parcels

P.O. BOX 5010
OAKDALE, LA 71463

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\FRIEDMAN\ECF\08-0111.fox.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=6/30/2008] [FileNumber=1841354-0]
[448e7677c244d9d6590243e58e819c95ae053810fd38b086324efa3b66956498ee85
5d891c865f8797af84a7d81d92001ac76e6420bdb1034fd48dcf04418240]]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| OECHUKWU MUMMEE AMADI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0111 (PLF) |
| | ) | |
| U.S. DEP'T OF HOMELAND SECURITY et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Defendants have filed a motion to dismiss the complaint or, in the alternative, to transfer this case to the United States District Court for the Western District of Louisiana. Because the motion could potentially dispose of this case, the Court will advise the *pro se* plaintiff of a plaintiff's obligations under the Federal Rules of Civil Procedure and the rules of this Court. See Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988); Ham v. Smith, 653 F.2d 628 (D.C. Cir. 1981); Hudson v. Hardy, 412 F.2d 1091 (D.C. Cir. 1968).

> The plaintiff's attention is directed to Local Civil Rule 7(b), which states:
>
> Within . . . such . . . time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

Local Civil Rule 7(b).

Additionally, the plaintiff is directed to Rule 6(d) of the Federal Rules of Civil Procedure which provides:

> When a party may or must act within a specified time after service
> and service is made [by mail or by other means consented to in
> writing by the person served], 3 days are added after the period
> would otherwise expire . . . .

Fed. R. Civ. P. 6(d).

The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the defendant's motion in this case carries with it the risk that the case will be dismissed. It is therefore

ORDERED that plaintiff shall file his response to the defendant's motion to dismiss the complaint no later than August 8, 2008. If plaintiff does not timely respond, the Court may treat the motion as conceded and dismiss the complaint.

SIGNED this 30th day of June, 2008.

/s/ _____
PAUL L. FRIEDMAN
United States District Judge

-2-