UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                         )
OKECHUKWU MUMMEE AMADI,                  )
                                         )
       Plaintiff,                        )
                                         )
  v.                                      )
                                         )  Civil Action No. 08-0111 (PLF)
DEPARTMENT OF HOMELAND,                  )
SECURITY, et al.                         )
                                         )
       Defendants.                      )
_____)

**NOTICE OF SUBSTITUTION OF COUNSEL**

     THE CLERK OF THE COURT will please enter the appearance of Assistant United States Attorney John G. Interrante as counsel of record in the above-captioned action for Defendants and the withdraw the appearance of Special Assistant United States Attorney Brandon L. Lowy.

     ____/s/_____
     JOHN G. INTERRANTE
     PA Bar # 61373
     Assistant United States Attorney
     Civil Division
     555 4th Street, N.W.
     Washington, D.C. 20530
     (202) 514-7220
     (202) 514-8780 (fax)
     John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of September, 2008, a copy of the foregoing was served by First-Class mail, postage prepaid to:

OKECHUKWU MUMMEE AMADI
R06003-052
OAKDALE
FEDERAL DETENTION CENTER
Inmate Mail/Parcels
P.O. BOX 5010
OAKDALE, LA 71463

                                                ____/s/_____
                                                JOHN G. INTERRANTE
                                                Assistant United States Attorney
                                                Civil Division
                                                555 4th Street, N.W.
                                                Washington, D.C. 20530
                                                (202) 514-7220
                                                (202) 514-8780 (fax)
                                                John.Interrante@usdoj.gov