UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| OKECHUKWU MUMMEE AMADI, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-0111 (PLF) |
| DEP'T OF HOMELAND SECURITY *et al.,* | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER DISMISSING CASE

On June 25, 2008, the defendants filed a motion to dismiss or to transfer. On June 30, 2008, this Court issued an order advising the *pro se* plaintiff of the obligation to respond by August 8, 2008, and that failure to respond could result in the dismissal of the complaint. Plaintiff has not responded. The last two attempts to mail court orders to the plaintiff were unsuccessful and the mail was returned as undeliverable. Plaintiff has an obligation to advise the Court of any change of address within 10 days. Accordingly, it is this 5th day of September, 2008 hereby

ORDERED that the defendant's motion [Dkt. #22] to dismiss the complaint is GRANTED as conceded. The complaint is DISMISSED without prejudice. This is a final, appealable Order.

/s/
PAUL L. FRIEDMAN
United States District Judge